IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE E. GEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 19-00260-CV-W-GAF-SSA |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is

ORDERED that Cathleen A. Shine, Esquire, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $12,793.75 (representing $11,712.75 from Plaintiff's award and $1,081.00 from Killian Weister's award (Plaintiff's son)). Plaintiff's counsel shall reimburse Plaintiff fees in the amount of $6,500.00 counsel previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

s/ Gary A. Fenner
Gary A. Fenner
Senior United States District Judge

DATED: February 21, 2024